# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Greenwood, et al., | No. CV-11-8040-PCT-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Mepamsa, SA, et al., | |
| Defendants. | |

Before the Court is the Motion for Award of Attorney's Fees by Defendants XL Specialty Insurance Company and XL Insurance Switzerland Ltd. ("XL Defendants"). (Doc. 56.) XL Defendants filed this motion for attorney's fees and costs after the Court granted their motion for entry of judgment pursuant to Rule 54(b), FED.R.CIV.P. (Doc. 54).

On October 12, 2012, Plaintiffs appealed the Court's decision to the United States Court of Appeals for the Ninth Circuit. (Doc. 62.) After carefully weighing and balancing the interests of the Court, counsel, and the litigants in this matter, the Court has determined that it would be imprudent to resolve XL Defendants' pending Motion for Award of Attorney's Fees and Costs while Plaintiffs' appeal is pending.

Therefore, the Court will deny the Motion for Award of Attorney's Fees and Costs without prejudice, pending the Ninth Circuit's resolution of the appeal in this matter. See CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962) ("A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants. The exertion of this power calls for the exercise of a sound discretion.").

Accordingly,

**IT IS HEREBY ORDERED DENYING WITHOUT PREJUDICE** XL Defendants' Motion for Award of Attorney's Fees. (Doc. 56.) XL Defendants may again file a Motion for Attorney's Fees and Costs anew after the Ninth Circuit's resolution of Plaintiffs' appeal.

DATED this 26th day of October, 2012.

Stephen M. McNamee
Senior United States District Judge