Robert L. Greer (005372)
*Baird, Williams & Greer, L.L.P.*
6225 North 24th Street, Suite 125
Phoenix, Arizona 85016
darylwilliams@bwglaw.net
(602) 256-9400
Attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond and Tasha Greenwood, husband and wife, individually and on behalf of their minor children, M. G. and A. G., as assignees of U.S. Catalytic Corporation, a California corporation and Camco Manufacturing, Inc., a North Carolina corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>Mepamsa, SA, a Spanish corporation, XL Insurance Switzerland, a Swiss corporation, XL Specialty Insurance Company, a Delaware corporation,<br><br>   Defendants. | Case No. 3:11-CV-08040-SMM<br><br>**Plaintiffs' Third Status Report** |

Pursuant to the court's order of October 3, 2012, plaintiffs hereby report the status of the arbitration of plaintiffs Greenwood against defendant Mepamsa S.A. before the tribunal of the International Chamber of Commerce, no.17803/VRO.

On December 19, 2012, the International Court of Arbitration entered a Partial Award in favor of plaintiffs Greenwood. The parties are have briefed and are awaiting a Final Award which will include the arbitrator's decision on cross-petitions for an award of fees and costs incurred. The ICC has extended the time within which a final award may be reached until March 29, 2013. Plaintiffs anticipate a final award before that date.

1  The court will be updated when the final award is received.

2  Dated this 1st day of March, 2013.

                                                             */S/ Robert L. Greer*
                                                             Robert L. Greer
                                                             *Baird, Williams & Greer, LLP*
                                                            6225 North 24th Street, Suite 125
                                                            Phoenix, Arizona 85016
                                                            Rlgreer@bwglaw.net
                                                            (602) 256-9400
                                                            Attorneys for plaintiffs

Filed via the Court's ECF
system this 1st day of March, 2013.

Copies emailed via the court's
ECF system this same day to:

Ray Tammaddon
*Hinshaw & Culbertson, LLP*
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
rtamaddon@hinshawlaw.com

Robert John Romero
*Hinshaw & Culbertson, LLP*
1 California St., 18th Floor
San Francisco, CA 94111
rromero@hinshawlaw.com

Darrell S. Dudzik
*Hinshaw & Culbertson, LLP*
3200 N. Central Ave., Suite 1600
Phoenix, AZ 85012-2428
ddudzik@hinshawlaw.com
Attorneys for defendants XL Insurance
   Switzerland

Randy Aoyama
Renaud Cook Drury Mesaros, PA
One North Central, Suite 900
Phoenix, AZ 85004-4417
raoyama@rcdmlaw.com
Attorneys for defendant Mepamsa,SA

  */S/ Celeste Segoviano*